UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY DUPUIE-JARBO,

    Plaintiff,

v.                                                                         Case No. 10-10548

TWENTY-EIGHTH DISTRICT COURT, and
JAMES A. KANDREVAS,

    Defendants.
                                                     /

## JUDGMENT FOR ATTORNEY'S FEES AND COSTS

In accordance with the court's "Opinion and Order Granting in Part and Denying in Part Plaintiff's Motion to Compel Deposition and Extend Discovery," dated July 21, 2010, and after reviewing the "Affidavit of Sarah S. Prescott," filed on July 27, 2010,

IT IS ORDERED AND ADJUDGED that Defendants shall pay Plaintiff Mary Dupuie-Jarbo $65.00 in reasonable costs incurred if payment is made on or before August 19, 2010. But that amount shall be $71.50 if payment is made after August 19, 2010. Dated at Detroit, Michigan, this 2nd day of August, 2010.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                                    BY: S/Lisa Wagner
                                        Lisa Wagner, Deputy Clerk
                                        and Case Manager to
                                        Judge Robert H. Cleland